UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

AUBURN ACE HOLDING LLC

    Debtor

AUBURN ACE HOLDING LLC,

    Plaintiff,

    v.

CENTURION FINANCIAL GROUP, LLC, *et al.*,

    Defendants.

Case No. C09-0909RSL

Bankruptcy No. 08-12687
Internal Appeal No. 09-S011
Adversary No. 08-01129

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On September 2, 2009, the Clerk of the Bankruptcy Court issued a notice of deficiency to the appellant stating that the time to file a Designation of Record/Statement of Issues on Appeal has elapsed, and no such Designation of Record/Statement of Issues on Appeal or other documentation in prosecution of the appeal has been filed to date. It does not appear that appellant has corrected that deficiency. Accordingly, appellant is hereby ORDERED TO SHOW CAUSE by September 18, 2009 why this appeal should not be dismissed for failure to perfect the appeal. The Clerk of the Court is directed to

ORDER TO SHOW CAUSE - 1

1 | place this order to show cause on the Court's calendar for September 18, 2009.

3 | DATED this 11th day of September, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2