UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re

AUBURN ACE HOLDINGS LLC

    Debtor

AUBURN ACE HOLDINGS LLC,

    Plaintiff,

    v.

CENTURION FINANCIAL GROUP, LLC, *et al.*,

    Defendants.

Case No. C09-0909RSL

Bankruptcy No. 08-12687
Internal Appeal No. 09-S011
Adversary No. 08-01129

ORDER GRANTING MOTION
TO CONSOLIDATE

This matter comes before the Court on appellant's motion to consolidate two cases pending in this district involving the same parties: Case No. C09-909RSL and Case No. C09-910RSL. The motion is unopposed.

The appellant filed two notices of appeal of the Bankruptcy Court's order granting Centrum Financial Services' and Wells Fargo Bank's motion for summary judgment entered on May 1, 2009. The filing of two notices of appeal resulted in two separate appeals before this Court.

ORDER GRANTING MOTION
TO CONSOLIDATE - 1

1 The Court finds that these cases are appropriate for consolidation under Federal Rule of
2 Civil Procedure 42(a) because the actions involve common questions of law and fact, and the
3 interests of judicial economy will be served by consolidation. The Court therefore GRANTS the
4 motion to consolidate and orders that the cases be consolidated pursuant to Fed. R. Civ. P. 42(a).

5 Accordingly, the motion to consolidate (Dkt. #5) is GRANTED. The cases shall be
6 consolidated for all purposes. Both appeals are currently noted for December 18, 2009, and that
7 date will remain unchanged. All documents hereafter filed in these causes shall be filed and
8 docketed under Case No. C09-909RSL. No further documents shall be filed in Case No. C09-
9 910. The Clerk of the Court is requested to file a copy of this order in Case No. C09-909RSL
10 and in Case No. C09-910RSL and to close Case No. C09-910RSL.

12 DATED this 9th day of October, 2009.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO CONSOLIDATE - 2